Case 1:18-cr-20877-DPG Document 1 Entered on FLSD Docket 11/09/2018 Page 1 of 16
Case 2:18-cr-00214-EEF-JCW Document 27 Filed 11/07/18 Page 1 of 1

Nov 9, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

**18-20877-CR-GAYLES/OTAZO-REYES**

for the EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

ROBERTO DIP

CRIMINAL NUMBER: 18-CR-214

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, ROBERTO DIP, defendant, have been informed that an (indictment, *information*, complaint) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of Florida in which I, ROBERTO DIP, *(am under arrest*, am held) and to waive trial in the above captioned District.

Dated: Oct. 17, 2018 at Miami-Dade, FL.

_____ (Defendant)

_____ (Witness)

_____ (Counsel for Defendants)

_____ (Assistant United States Attorney)

Approved

_____
United States Attorney for the
Eastern District of
Louisiana

_____
United States Attorney for the
Southern District of
Florida

Ariana Fajardo Orshan

CLERK'S OFFICE
A TRUE COPY
Nov 07 2018
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

## In the United States District Court

for the **EASTERN** DISTRICT OF **LOUISIANA**

UNITED STATES OF AMERICA

v.

JASON HANDAL

CRIMINAL NUMBER: 18-CR-214

**Consent to Transfer of Case for Plea and Sentence**
*(Under Rule 20)*

I, **JASON HANDAL**, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the **Southern** District of **Florida** in which I, **JASON HANDAL**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 10/19 20 18 at Miami-Dade

_____ Jason Handal
(Defendant)

_____ Julio Montilla
(Witness)

_____ William Barzee
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Eastern District of Louisiana

_____ Ariana Fajardo Orshan
United States Attorney for the
Southern District of Florida

[CLERK'S OFFICE A TRUE COPY Nov 07 2018 Deputy Clerk, U.S. District Court, Eastern District Of Louisiana, New Orleans, LA]

| U.S. Department of Justice | | Rule 20 -- Transfer Notice |
|---|---|---|

| To: | United States Attorney's Office<br>650 Poydras Street, Suite 1600<br>New Orleans, Louisiana 70130 | District<br>Eastern District of Louisiana | Date<br>10/22/2018 |
|---|---|---|---|
| Name of Subject: | Roberto Dip | Statute Violated<br>15 U.S.C. § 1 | File Data *(Initials and Number)* |

### Part A -- District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea        Date of Sentence        Sentence

| From *(Signature and Title)* | Address |
|---|---|
| *[signature]* | Joan Silverstein<br>Criminal Division Chief |

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ___ on ___ at ___ o'clock

*(Kindly notify me of any anticipated delay)*

☒ Enclosed are two certified copies of indictment or information          Docket No. 18-CR-214

☐ Please have defendant execute waiver of indictment.

☒ Other *(Specify)*: Please forward a copy of the Judgment and Commitment Order issued when defendant is sentenced.

| Signature *(Name and Title)* | District | Date |
|---|---|---|
| *[signature]* Criminal Division Chief (AUSA) | Eastern District of Louisiana | 11/6/18 |

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85

**U.S. Department of Justice**  Rule 20 -- Transfer Notice

| To: | United States Attorney's Office<br>650 Poydras Street, Suite 1600<br>New Orleans, Louisiana 70130 | District<br>Eastern District of Louisiana | Date<br>10/22/2018 |
|---|---|---|---|
| Name of Subject: | Jason Handal | Statute Violated<br>15 U.S.C. § 1 | File Data *(Initials and Number)* |

### Part A -- District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    Date of Plea    Date of Sentence    Sentence

| From *(Signature and Title)* [signed] | Address<br>Joan Silverstein<br>Criminal Division Chief |
|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock

*(Kindly notify me of any anticipated delay)*

☒ Enclosed are two certified copies of indictment or information    Docket No. 18-CR-214

☐ Please have defendant execute waiver of indictment.

☒ Other *(Specify)*: Please forward a copy of the Judgment and Commitment Order issued when defendant is sentenced.

| Signature *(Name and Title)* [signed] Richard R__ II<br>CRIMINAL DIVISION CHIEF (AUSA) | District<br>Eastern District of Louisiana | Date<br>11/6/18 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85

CLOSED,MULTI,TRANSFER

Jump to Docket Table

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CRIMINAL DOCKET FOR CASE #: 2:18−cr−00214−EEF−JCW All Defendants

Case title: USA v. Dip et al
Magistrate judge case number: 2:18−mj−00084−DM

Date Filed: 10/16/2018

---

Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr

### Defendant (1)

**Roberto Dip**
*TERMINATED: 11/07/2018*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 15:1 KNOWINGLY JOINED AND PARTICIPATED IN A CONSPIRACY TO SUPPRESS AND ELIMINATE COMPETITION BY FIXING PRICES FOR FREIGHT FORWARDING SERVICES PROVIDED IN THE UNITED STATES AND ELSEWHERE (1) | Transferred to Southern District of FLorida |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 15:1 UNLAWFUL COMBINATION AND CONSPIRACY TO UNREASONABLY RESTRAIN INTERSTATE TRADE AND COMMERCE THROUGH AN AGREEMENT TO RAISE AND FIX PRICES | |

---

Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr

### Defendant (2)

**Jason Handal**

| **Pending Counts** | **Disposition** |
|---|---|
| 15:1 KNOWINGLY JOINED AND PARTICIPATED IN A CONSPIRACY TO SUPPRESS AND ELIMINATE COMPETITION BY FIXING PRICES FOR FREIGHT FORWARDING SERVICES PROVIDED IN THE UNITED STATES AND ELSEWHERE (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 15:1 UNLAWFUL COMBINATION AND CONSPIRACY TO UNREASONABLY RESTRAIN INTERSTATE TRADE AND COMMERCE THROUGH AN AGREEMENT TO RAISE AND FIX PRICES | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ryan D Tansey**<br>U. S. Department of Justice (Antitrust Div –DC)<br>450 5th Street NW – Suite 11300<br>Washington, DC 20530<br>202–322–6039<br>Email: ryan.tansey@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Brendan Damien O'Shea**<br>U. S. Department of Justice (Antitrust Div –DC)<br>450 5th Street NW – Suite 11300<br>Washington, DC 20530<br>202–705–5897<br>Email: brendan.oshea@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Joseph Charles Folio , III**<br>U. S. Department of Justice (Antitrust Div –DC)<br>450 5th Street NW – Suite 11300<br>Washington, DC 20530<br>202–598–8362<br>Email: Joseph.Folio@usdoj.gov |

*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Lauren M Elfner**
U. S. Department of Justice (Antitrust Div –DC)
450 5th Street NW – Suite 11300
Washington, DC 20530
202–598–2906
Email: lauren.elfner@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Richard Powers**
United States Department of Justice (Brooklyn)
Criminal Division Fraud Section
271 Cadman Plaza East
Brooklyn, NY 11201
202–329–7801
Email: Richard.Powers@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/25/2018 | 1 | COMPLAINT signed by Magistrate Judge Joseph C. Wilkinson, Jr as to Roberto Dip (1), Jason Handal (2). (Attachments: # 1 Criminal Magistrate Case Sheet) (cms) (cc: USM) [2:18–mj–00084–DM] (Entered: 06/26/2018) |
| 06/25/2018 | 3 | EXPARTE/CONSENT MOTION to Seal Complaint, Affidavit and Arrest Warrants by USA as to Roberto Dip, Jason Handal. (cms) [2:18–mj–00084–DM] (Entered: 06/26/2018) |
| 06/25/2018 | 4 | ORDER granting 3 Motion to Seal Complaint, Affidavit, Arrest Warrants as to Roberto Dip (1), Jason Handal (2). Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 6/25/2018. (cms) [2:18–mj–00084–DM] (Entered: 06/26/2018) |
| 06/29/2018 | 5 | EXPARTE/CONSENT MOTION to Unseal Complaint, Affidavit, Arrest Warrants by USA as to Roberto Dip, Jason Handal. (cms) [2:18–mj–00084–DM] (Entered: 06/29/2018) |
| 06/29/2018 | 6 | ORDER granting 5 Motion to Unseal Complaint, Affidavit, Arrest Warrants as to Roberto Dip (1), Jason Handal (2). Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 6/29/2018. (cms) [2:18–mj–00084–DM] (Entered: 06/29/2018) |
| 07/09/2018 | 7 | Rule 5(c)(3) Documents Received as to Roberto Dip from Southern District of Florida (Attachments: # 1 Papers from other District)(my) (Additional attachment(s) added on 7/9/2018: # 2 Internal Docket Sheet) (my). (Attachment 2 replaced on 7/9/2018) (my). [2:18–mj–00084–DM] (Entered: 07/09/2018) |
| 07/10/2018 | 9 | EXPARTE/CONSENT Consent MOTION to Continue *Preliminary Hearing*, Consent MOTION to Exclude *Time Under Speedy Trial Act* by USA as to Roberto Dip, Jason Handal. (Attachments: # 1 Proposed Order)(Elfner, Lauren) [2:18–mj–00084–DM] (Entered: 07/10/2018) |
| 07/11/2018 | 10 | ORDER granting 9 Motion to Extend Time for the PreliminaryHearing and Exclude Time Under the Speedy Trial Act as to Roberto Dip (1), Jason Handal (2). ORDERED that the time for a preliminary hearing is extended by thirty days. FURTHER ORDERED that this thirty–day period is excluded from the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. Signed by Magistrate Judge Michael North on 7/11/2018. (clc) [2:18–mj–00084–DM] (Entered: 07/11/2018) |

| | | |
|---|---|---|
| 07/13/2018 | 11 | Supplemental Rule 5(c)(3) Documents Received as to Roberto Dip from Southern District of Florida (my) (Additional attachment(s) added on 7/13/2018: # 1 Docket Sheet) (my). [2:18-mj-00084-DM] (Entered: 07/13/2018) |
| 07/18/2018 | 12 | Rule 5(c)(3) Documents Received as to Jason Handal from Southern District of Florida (Attachments: # 1 Papers from other District)(my) (Additional attachment(s) added on 7/18/2018: # 2 Internal Docket Sheet, # 3 Restricted Entry) (my). [2:18-mj-00084-DM] (Entered: 07/18/2018) |
| 07/23/2018 | 14 | NOTICE *of Appearance* by USA as to Roberto Dip, Jason Handal (Folio, Joseph) [2:18-mj-00084-DM] (Entered: 07/23/2018) |
| 08/08/2018 | 15 | EXPARTE/CONSENT Consent MOTION to Continue *Preliminary Hearing*, Consent MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to Roberto Dip, Jason Handal. (Attachments: # 1 Proposed Order)(Folio, Joseph) [2:18-mj-00084-DM] (Entered: 08/08/2018) |
| 08/09/2018 | 16 | ORDER TO CONTINUE – Ends of Justice as to Roberto Dip, Jason Handal. ORDERED that the time for a preliminary hearing as to defendants in this matter is extended by an additional thirty days. FURTHER ORDERED that this additional thrity-day period is excluded from the Speedy Trial Act. Signed by Magistrate Judge Karen Wells Roby on 8/9/2018. (caa) [2:18-mj-00084-DM] (Entered: 08/09/2018) |
| 09/09/2018 | 19 | EXPARTE/CONSENT Consent MOTION to Continue *Preliminary Hearing*, Consent MOTION to Exclude *Time Under Speedy Trial Act* by USA as to Roberto Dip, Jason Handal. (Attachments: # 1 Proposed Order)(Folio, Joseph) [2:18-mj-00084-DM] (Entered: 09/09/2018) |
| 09/10/2018 | 20 | ORDER based on good cause shown pursuant to Federal Rule of Criminal Procedure 5.1(d), that the time for a preliminary hearing as to Defendants Roberto Dip and Jason Handal in this matter is extended by an additional thirty days. FURTHER ORDERED that this additional thirty-day period is excluded from the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Signed by Magistrate Judge Karen Wells Roby on 9/10/2018. (caa) [2:18-mj-00084-DM] (Entered: 09/10/2018) |
| 09/11/2018 | 21 | NOTICE *of Appearance* by USA as to Roberto Dip, Jason Handal (Tansey, Ryan) [2:18-mj-00084-DM] (Entered: 09/11/2018) |
| 09/12/2018 | 22 | Correction of Docket Entry by Clerk re 21 Notice (Other) filed by USA; **This document has been accepted for filing. HOWEVER, any future filings to enroll additional counsel must be filed in the form of a Motion.** (plh) [2:18-mj-00084-DM] (Entered: 09/12/2018) |
| 10/09/2018 | 23 | EXPARTE/CONSENT Consent MOTION to Continue *Preliminary Hearing*, Consent MOTION to Exclude *Time Under Speedy Trial Act* by USA as to Roberto Dip, Jason Handal. (Attachments: # 1 Proposed Order)(Folio, Joseph) [2:18-mj-00084-DM] (Entered: 10/09/2018) |
| 10/10/2018 | 24 | ORDER TO CONTINUE – Ends of Justice as to Roberto Dip, Jason Handal. ORDERED that the time for a preliminary hearing as to defendants in this matter is extended by an additional thirty days. FURTHER ORDERED that this additional thirty-day period is excluded from the Speedy Trial Act. Signed by Magistrate Judge Daniel E. Knowles, III on 10/10/2018. (caa) [2:18-mj-00084-DM] (Entered: 10/10/2018) |
| 10/16/2018 | 25 | INFORMATION (Felony) as to Roberto Dip (1) count(s) 1, Jason Handal (2) count(s) 1. (Attachments: # 1 Criminal Defendant Information Sheet Roberto Dip, # 2 Criminal Defendant Information Sheet Jason Handal, # 3 Criminal Magistrate Case Sheet) (sa) (Entered: 10/17/2018) |
| 10/17/2018 | 26 | NOTICE OF HEARING as to Roberto Dip, Jason Handal. Arraignment set for 11/16/2018 10:00 AM before Magistrate Judge Michael North. (dno) (Entered: 10/17/2018) |
| 11/07/2018 | 27 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of Florida. Counts transferred as to Roberto Dip (1) Count 1. Signed by Defendant, Defense Counsel and AUSA for both districts. (Attachments: # 1 Cover Letter, # 2 |

| | | Transmittal Letter)(jls) (Entered: 11/07/2018) |

USA v. Dip et al (2:18-cr-00214-EEF-JCW)



```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.   qK

2018 OCT 16  P 4: 37

WILLIAM W. BLEVINS
       CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

**BILL OF INFORMATION FOR CONSPIRACY TO RESTRAIN TRADE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **18-214** |
| v. | * | SECTION: **SECT. L MAG. 2** |
| ROBERTO DIP and JASON HANDAL | * | VIOLATION: 15 U.S.C. § 1 |
| | * | |
| * | * * | |

The United States charges that:

### COUNT 1 - Sherman Act Conspiracy

A.  **AT ALL TIMES HEREIN**:

1. Freight forwarders arranged for and managed the shipment of goods from one location to another. Freight forwarders provided freight forwarding services by receiving, packaging, and otherwise preparing cargo freight destined for ocean shipment to and from the United States; by arranging transportation of that cargo freight in conjunction with its ocean shipment to and from the United States; and by preparing appropriate documentation to accompany an ocean shipment to and from the United States. To provide these services, freight forwarders generally entered into contracts or other arrangements with ocean transportation

_X_ Fee _USA_
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

providers to transport the goods, and the forwarders themselves provided domestic transportation, packaging, handling, and other services associated with the transportation of goods, both domestically and elsewhere.

### The Defendants and Co-Conspirators

2.  Company A, a company organized and existing under the laws of the United States with its principal place of business in Kenner, Louisiana, provided freight forwarding services to customers seeking to ship cargo from the United States to Honduras and elsewhere.

3.  **ROBERTO DIP ("DIP"),** a citizen of Honduras, was the owner and president of Company A.

4.  **JASON HANDAL ("HANDAL"),** a citizen of the United States, was employed by Company A as a manager.

5.  Various business organizations and individuals, not made defendants herein, participated as co-conspirators in the offense charged in this Information and performed acts and made statements in furtherance of it in the United States and elsewhere. These co-conspirators provided freight forwarding services to customers seeking to ship cargo from the United States to Honduras and elsewhere.

6.  Whenever in this Information reference is made to any act, deed, or transaction of any business organization, the allegation means that the business organization engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

2

B.  **SHERMAN ACT CONSPIRACY:**

7. From at least as early as September 2010, and continuing until at least March 2015, the exact dates being unknown to the United States, in the Eastern District of Louisiana and elsewhere, **DIP** and **HANDAL** ("collectively referred to as **"THE DEFENDANTS"**) and their co-conspirators knowingly joined and participated in a conspiracy to suppress and eliminate competition by fixing prices for freight forwarding services provided in the United States and elsewhere.

8. The combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among **THE DEFENDANTS** and their co-conspirators, the substantial terms of which were to increase, fix, stabilize, and maintain prices charged to customers for freight forwarding services provided in the United States and elsewhere.

9. The freight forwarding services provided by **THE DEFENDANTS,** and the cargo transported by **THE DEFENDANTS** and their co-conspirators in interstate commerce to numerous ports in the United States, were affected by the conspiracy described herein.

C.  **MANNER AND MEANS OF THE CONSPIRACY:**

10. For purposes of forming and carrying out the combination and conspiracy, **THE DEFENDANTS** and/or their co-conspirators did those things that they combined and conspired to do, in the United States and elsewhere, including, among other things:

   a. participated in meetings, conversations, and communications with each other in various locations, including in the United States, to discuss prices to be charged for freight forwarding services;

   b. agreed during various meetings, conversations, and communications to increase, fix, stabilize, and maintain prices for freight forwarding services;

3

       c.       discussed and exchanged pricing information for freight forwarding services for the purpose of carrying out the agreement;

       d.       raised and maintained prices for freight forwarding services in accordance with the agreement reached;

       e.       received payments for freight forwarding services sold at collusive, non-competitive prices; and

       f.       provided freight forwarding services at collusive and non-competitive prices.

**D.**     **TRADE AND COMMERCE:**

11.     During the time period covered by this Information, the business activities of **THE DEFENDANTS** and their co-conspirators that are the subject of this Information were within the continuous and uninterrupted flow of, and substantially affected, interstate trade and commerce. For example, **THE DEFENDANTS** and their co-conspirators solicited and sold freight forwarding services to customers located in various states in the United States. Cargo transported by **THE DEFENDANTS** and their co-conspirators, as well as payments received for freight forwarding services by **THE DEFENDANTS** and their co-conspirators, traveled in interstate trade and commerce. The combination and conspiracy involved trade or commerce among the States in freight forwarding services.

4

All in violation of Title 15, United States Code, Section 1.

/s/ Makan Delrahim
Makan Delrahim
Assistant Attorney General
Antitrust Division
United States Department of Justice

/s/ Andrew C. Finch
Andrew C. Finch
Principal Deputy Assistant Attorney General
Antitrust Division
United States Department of Justice

/s/ Richard A. Powers
Richard A. Powers
Acting Deputy Assistant Attorney General
Antitrust Division
United States Department of Justice

/s/ Marvin N. Price
Marvin N. Price
Director of Criminal Enforcement
Antitrust Division
United States Department of Justice

/s/ Ryan Danks
Ryan Danks
Acting Chief, Washington Criminal I Section
Antitrust Division
United States Department of Justice

/s/ Ryan D. Tansey
Ryan D. Tansey
Joseph C. Folio III
Lauren M. Elfner
Brendan D. O'Shea
Trial Attorneys, Antitrust Division
United States Department of Justice
450 5th Street, N.W., Suite 11300
Washington, D.C. 20530
(202) 322-6039
ryan.tansey@usdoj.gov
joseph.folio@usdoj.gov
lauren.elfner@usdoj.gov
brendan.oshea@usdoj.gov

5

# United States District Court

## FOR THE

EASTERN DISTRICT OF LOUISIANA

No. _____

UNITED STATES OF AMERICA

vs.

ROBERTO DIP
JASON HANDAL

**BILL OF INFORMATION FOR
CONSPIRACY TO RESTRAIN TRADE**

Violation(s): 15 U.S.C. § 1

Filed _____, 20 18

_____, Clerk.

By _____, Deputy

/s/ Joseph C. Folio III

JOSEPH C. FOLIO, III
Trial Attorney, Antitrust Division, USDOJ